**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LIZETH DELGADO and
JOSHUA PAINE,

      Plaintiffs,

v.                                            No. 2:25-cv-1330 DLM/GBW

CHILDREN YOUTH & FAMILIES
DEPARTMENT and PATRICIA GARZA,

      Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte. On March 3, 2026, Defendant Children

Youth & Families Department filed a motion to dismiss. (Doc. 5.) On March 17, 2026, Plaintiffs

filed an amended complaint. (Doc. 10.) The Court will set a telephonic status conference to discuss

the effect of the amended complaint on the pending motion to dismiss and to address next steps in

the case.

**IT IS ORDERED** that counsel for the parties shall appear telephonically on **April 7, 2026,**

**at 10:30 a.m. MDT**. Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be

connected to the conference.

**IT IS SO ORDERED**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*